IN UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 4:04CR00199 RWS |
| William Gillis | ) | |
| | ) | |

## ORDER TO WITHDRAW WARRANT

The above named was sentenced to time served on September 24, 2004, to be followed by a term of supervised release for three years. On August 15, 2005, the above named was involuntarily committed to the Metropolitan Psychiatric Center, St. Louis, Missouri, as he was viewed to be a danger to either himself or others and was in need of emergency psychiatric services. As the State of Missouri is presently seeking a twenty-one day involuntary psychiatric commitment of the above named, and based on the recommendation of the U.S. Probation Office and for good cause shown, it is hereby ordered that the Supervised Release Violator's Warrant that was issued on August 16, 2005, be withdrawn without prejudice to facilitate the defendant's receipt of mental health treatment and services.

Dated this _____ day of August, 2005

_____
Rodney W. Sippel
United States District Judge

I:\JGR\Violation Reports\Gillis.CCCOrder.SRT.wpd